

**NUMBER 13-12-00461-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**SAMSON LOYNACHAN,**                                                                 **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                                                 **Appellee.**

---

### On appeal from the 213th District Court
### of Tarrant County, Texas.

---

# ORDER

### Before Chief Justice Valdez and Justices Rodriguez and Garza
### Order Per Curiam

This Court has received the record in this appeal. The electronically-filed

reporter's record includes photo copies of Exhibits SX 4, 5, 21 (CD's) and DX 42 (video).

The clerk of the trial court is ORDERED to forward originals or duplicate copies of Exhibits

SX 4, 5, 21 (CD's) and DX 42 (video) admitted at trial in Cause No. 1233936R to this Court within fifteen days from the date of this order.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the 10th
day of October, 2013.